IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                         CRIMINAL NO. 12-cr-30298-DRH

WILLIAM WALLACE O'KYSON,

        Defendant.

## ORDER

**HERNDON, District Judge**:

    This matter is before the Court on the Government's motion to dismiss the indictment and quash the arrest warrant of William Wallace O'Kyson (Doc. 5). The Court, having examined the Government's motion, and being fully advised in the premises, grants the motion.

    Therefore, the indictment in this matter is **DISMISSED** and the arrest warrant is hereby **QUASHED**. Furthermore, the Clerk of the Court is **DIRECTED** to provide the United States Marshal with a copy of this order.

    **IT IS SO ORDERED.**

    Signed this 16th day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.16 12:44:34 -05'00'

**United States District Judge**